NOTE: CHANGES MADE BY THE COURT

PATRICK W. McLAUGHLIN
Attorney At Law
California State Bar No. 89657
205 South Broadway, Suite 902
Los Angeles, California 90012
Telephone:  (213) 437-0122
Facsimile:   (213) 622-0445
Email:        pwmclaughlin50@gmail.com

Attorney for Defendant
QUANG TRUONG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br>QUANG TRUONG,<br><br>        Defendant. | CASE NO. CR 16-823-AB<br><br>**ORDER CONTINUING DEFENDANT QUANG TRUONG'S SENTENCING DATE** |

Upon consideration of the parties' stipulation and good cause having been shown, IT IS HEREBY ORDERED that Defendant Quang Truong's sentencing is continued from February 23, 2024 to ~~March 22, 2024~~ **March 29, 2024** at 1:30 p.m.

DATED:  February 22, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge

CC: PSA, USPO

1