# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No.: | CR 16-00823-AB | Date: | March 29, 2024 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| Interpreter: | N/A |

| Carla Badirian | Wil Wilcox | Dennis Mitchell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Not Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Quang Truong | √ | | | Patrick William McLaughlin, CJA | √ | √ | |

**Proceedings:**    STATUS CONFERENCE RE SENTENCING (Non-Evidentiary)

Matter called.

Defendant is not present.

As discussed in court and on the record, the Sentencing hearing is continued to April 12, 2024, at 1:30 PM.

CC: PSA, USPO

00 : 05

Initials of Deputy Clerk   CB